# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA JERRY** ) | CIVIL ACTION |
|     **Plaintiff,** ) | |
| ) | |
| vs. ) | NO. 2:16-cv-1732 |
| ) | |
| **THE CBE GROUP, INC.** ) | |
|     **Defendant.** ) | JUDGE: JCZ |
| ) | |
| ) | MAGISTRATE JUDGE: DEK |
| ) | |

## NOTICE OF SETTLEMENT

Plaintiff, LATOYA JERRY, ("Plaintiff"), through her attorney, Varadi, Hair & Checki, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

Dated: April 5, 2016          Respectfully submitted,

                                          */s/ Samuel J. Ford*
                                          Samuel J. Ford, Esq. (#36081)
                                          Varadi, Hair & Checki, LLC
                                          650 Poydras St., Ste. 1550
                                          New Orleans, LA 70130
                                          ford@vhclaw.com
                                          Phone: (504) 684-5200
                                          Fax: (504) 613-6351
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On April 5, 2016, I electronically filed this Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defendant through its representative, Thomas J. Lockard (tjlockard@cbecompanies.com).