UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LATOYA JERRY )<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>THE CBE GROUP, INC. )<br>    Defendant. )<br>)<br>) <br>) | CIVIL ACTION<br><br>NO. 2:16-cv-1732<br><br>JUDGE: JCZ<br><br>MAGISTRATE JUDGE: DEK |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, LATOYA JERRY, ("Plaintiff"), through her attorney, Varadi, Hair & Checki, LLC, informs this Honorable Court that, pursuant to the parties' settlement, Plaintiff voluntarily dismisses this case, with prejudice, and with both sides to bear their own costs. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41 because defendant never filed responsive pleadings or a motion for summary judgment.

Dated: April 25, 2016                           Respectfully submitted,

                                              */s/ Samuel J. Ford*
                                              Samuel J. Ford, Esq. (#36081)
                                              Varadi, Hair & Checki, LLC
                                              650 Poydras St., Ste. 1550
                                              New Orleans, LA 70130
                                              ford@vhclaw.com
                                              Phone: (504) 684-5200
                                              Fax: (504) 613-6351
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On April 25, 2016, I electronically filed this Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defendant through its representative, Thomas J. Lockard (tjlockard@cbecompanies.com).

*/s/ Samuel J. Ford*
Samuel J. Ford, Esq. (#36081)